GEORGE W. CHAMBERS, Appellant and Respondent, *v.* THE STATE OF NEW YORK, Respondent and Appellant.

*State — contract — claim for extra work — improper basis of award.*

*Chambers* v. *State of New York*, 220 App. Div. 797, affirmed.

(Argued October 24, 1927; decided November 22, 1927.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 18, 1927, modifying and affirming as modified a judgment in favor of claimant entered upon an award of the Court of Claims. The claim was for alleged extra work required to be performed in connection with a contract for public work. The Appellate Division held that claimant was entitled to recover on the basis of the contract prices instead of the fair and reasonable value of the work as awarded by the Court of Claims.

*James E. Cuff* for claimant, appellant and respondent.

*Albert Ottinger, Attorney-General (James Gibson* of counsel), for respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.